Julie R. Vacura, OSB No. 843692
jvacura@lvklaw.com
Cody Hoesly, OSB No. 052860
choesly@lvklaw.com
Kelsey Benedick, OSB No. 173038
kbenedick@lvklaw.com
Larkins Vacura Kayser LLP
121 SW Morrison St Suite 700
Portland, OR  97204
Telephone:  (503) 222-4424
Fax:  (503) 827-7600

Attorneys for Plaintiff Bunge S.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BUNGE S.A.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GULF SHIPPING (SINGAPORE) PTE LTD., PACIFIC GULF SHIPPING CO. LIMITED, and DOES 1 through 100<br>　　　　　　Defendants. | Case No.: 3:19-cv-00491-SB<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS** |

## THE TRUST COMPANY OF THE MARSHALL ISLANDS, INC.
### REGISTERED AGENT

Trust Company Complex, Ajeltake Road, Ajeltake Island
Majuro, Republic of the Marshall Islands MH96960

Telephone: +692-247-3018   Fax: +692-247-3017
Email: tcmi@minta.mh

### CONFIRMATION OF RECEIPT OF DOCUMENTS

I, KC Samuel, am employed by The Trust Company of the Marshall Islands, Inc. (TCMI).

Pursuant to section 20(2) of the Republic of the Marshall Islands Business Corporations Act, TCMI is the Registered Agent for service of process in the Republic of the Marshall Islands for PACIFIC GULF SHIPPING COMPANY LTD, Entity # 42600, a Marshall Islands non-resident domestic entity.

On April 23, 2019, I received on behalf of TCMI, the following legal documents bearing the caption *Bunge S.A. v. Pacific Gulf Shipping (Singapore) PTE. LTD., Pacific Gulf Shipping Co. Limited, and Does 1 through 100,* Civil Action No. 3:19-cv-00491, United States District Court for the District of Oregon:

1. Complaint (Enforcement of Final Binding Foreign Arbitration Award; Provisional Process Pursuant to FRCP 64) with Exhibits 1-3 [Filed date 04/03/2019]

2. Summons in a Civil Action, directed to Pacific Gulf Shipping Co. Limited c/o Registered Agent, The Trust Company of the Marshall Islands, Ajeltake Road, Ajeltake Island, Majuro, MH 96960, Marshall Islands [Filed date 04/04/2019]

3. Civil Case Assignment Order [Filed date 04/04/2019]

for PACIFIC GULF SHIPPING COMPANY LTD from Travis Joe on behalf of Attorney James McCaffrey, P.O. Box 509, Majuro, Marshall Islands MH 96960

_____
KC Samuel
The Trust Company of the Marshall Islands, Inc.
Registered Agent
Trust Company Complex
Ajeltake Road, Ajeltake Island
P.O. Box 1405
Majuro, MH 96960

| Case:<br>3:19-cv-00491 | Court:<br>United States District Court for the District of Oregon |
|---|---|
| Plaintiff:<br>BUNGE S.A. | Defendant:<br>PACIFIC GULF SHIPPING (SINGAPORE) PTE LTD, PACIFIC GULF SHIPPING CO. LIMITED, and DOES 1 THROUGH 100 |
| Received by:<br>James McCaffrey, Esq., P.O. Box 509/Majuro, Marshall Islands 96950 | For:<br>Service of process (summons and complaint) |
| To be Served Upon: PACIFIC GULF SHIPPING CO. LIMITED ||

## AFFIDAVIT OF SERVICE

In re: **PACIFIC GULF SHIPPING CO. LIMITED, Entity number 42600
a Marshall Islands non-resident corporation**

I, Travis Joe, after being duly sworn do hereby state as follows:

1. I am at least 18 years. I am a citizen and resident of the Republic of the Marshall Islands.

2. I am authorized by the High Court of the Republic of the Marshall Islands under Standing Order 2019-06 to effectuate service of process in the Republic of the Marshall Islands.

3. I make this affidavit based on my own personal knowledge and if called as a witness I would testify as to the truth and accuracy of each statement herein.

4. I served the following documents (each bearing a caption identifying the above-referenced case number, court, and parties), as follows:

    a. Complaint (Enforcement of Final Binding Arbitration Award; Provisional Process Pursuant to FRCP 64) with Exhibits 1-3 [*Filed date 04/03/19*]

    b. Summons in a Civil Action, directed to Pacific Gulf Shipping Co. Limited c/o Registered Agent The Trust Company of the Marshall Islands, Ajeltake Road, Ajeltake Island, Majuro, MH 96960, Marshall Islands [*Filed date 04/04/19*]

    c. Civil Case Assignment Order [*Filed date 04/04/19*]

    by serving The Trust Company of the Marshall Islands, Inc. ("TCMI"), the statutory registered agent of the above-names corporation. I made this service by hand delivery of the documents to KC Samuel, an employee of TCMI authorized to receive service, on 4/23, at the offices of the TCMI in Ajeltake, Majuro Atoll, Marshall Islands.

5. Attached hereto is a true and correct copy of a CONFIRMATION OF RECEIPT OF DOCUMENTS from TCMI that I received from TCMI after I served the above documents.

X _____

Sworn to and subscribed to before me on 23rd day of April 2019

Asst./CLERK OF COURTS

x _____ Tanya Lomae _____ [Printed Name]